UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL B. ORTIZ, | No. 2:16-cv-0428 CKD P |
| Petitioner, | |
| v. | ORDER |
| SCOTT KERNAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner has not filed a request to proceed in forma pauperis or paid the $5.00 filing fee. See 28 U.S.C. §§ 1914(a) & 1915(a). Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner an "Application to Proceed In Forma Pauperis By a Prisoner."

2. Within thirty days, petitioner shall complete and return that form to the court or submit the $5.00 filing fee. Petitioner's failure to comply with this order will result in dismissal.

Dated: March 4, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp/orti0428.101a