1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GABRIEL B. ORTIZ,                         No.  2:16-cv-0428 CKD P

12                   Petitioner,

13           v.                                 ORDER

14    SCOTT KERNAN,

15                   Respondent.

16

17           Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

19    Examination of the in forma pauperis application reveals that petitioner is unable to afford the

20    costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28

21    U.S.C. § 1915(a).

22           Petitioner has requested that this action be stayed so that he can exhaust state court

23    remedies with respect to some of the claims in his petition.  Petitioner cannot obtain habeas relief

24    as to a particular claim unless state court remedies have been exhausted.  28 U.S.C. § 2254(b)(1).

25    Good cause appearing, petitioner's request for a stay will be granted.[1]

26

     _____

27    [1]  The court makes no ruling as to the timeliness of any of petitioner's claims and does not rule
      that the limitations period is tolled for any claims where petitioner has not yet exhausted state
28    court remedies.

                                                  1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF N0 6) is granted;

2. Petitioner's motion for a stay (ECF No. 2) is granted;

3. This action is stayed;

3. The Clerk of the Court is directed to administratively close this case; and

4. Petitioner shall notify the court within 30 days of exhaustion of state court remedies

with respect to all of the claims asserted in his petition for writ of habeas corpus.

Dated:  April 8, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ort0428.sty

2